IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00364-RPM

AMANDA AREMAN, in her Personal Capacity and as Parent and Next Friend of Minor Children Colby Tyler Areman, Willow Jade Areman and Sage Irene Areman,

        Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

        Defendant.
_____

ORDER VACATING SCHEDULING CONFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the May 7, 2015, scheduling conference before Magistrate Judge Michael J. Watanabe is vacated.

        DATED:   April 23rd, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge