IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00364-RPM

AMANDA AREMAN, in her Personal Capacity and as Parent and Next Friend of Minor Children Colby Tyler Areman, Willow Jade Areman and Sage Irene Areman,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

             Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Defendant's motion for extension of deadline to designate non-parties at fault [Doc. 14] will be considered at the June 1, 2015, scheduling conference.

DATED:   May 14, 2015