IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-00364-RPM-MJW

**AMANDA AREMAN**, in her Personal Capacity and as Parent and Next Friend of Minor Children Colby Tyler Areman, Willow Jade Areman and Sage Irene Areman,

    Plaintiff,

vs.

**THE UNITED STATES OF AMERICA**,

    Defendants.

___

**ORDER FOR DISMISSAL WITH PREJUDICE**
___

THIS COURT, having reviewed the Stipulated Motion for Dismissal with Prejudice filed, and being otherwise advised in the premises,

HEREBY ORDERS that this case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DONE this 19th day of April, 2016.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge